IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SUSAN PUNSKY-PINARD,<br><br>   Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>   Defendant. | CIVIL ACTION NO.: *1:17-cv-00247-LM* |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE THAT Plaintiff, SUSAN PUNSKY-PINARD, and Defendant, AETNA LIFE INSURANCE COMPANY, have settled the above referenced case. This settlement is contingent upon specified conditions set forth in the settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 45 days from the date of this notice.   Please vacate all currently scheduled dates in this matter.

Dated: November 20, 2017

BY:

 */s Francis G. Murphy*               
Francis G. Murphy
NH Bar No.: 1840
Shaheen & Gordan, P.A.
80 Merrimack Street
Tel: (603)617-3054
E-mail: fmurphy@shaheengordon.com

 */s Robert J. Rosati*               
Robert J. Rosati
CA Bar No.: 112006
6485 N. Palm Avenue, Suite 105
Fresno, CA 93704
Tel: (559) 478-4119
E-mail: robert@erisalg.com
*Pro Hac Vice*

Attorneys for Plaintiff, SUSAN PUNSKY-PINARD

## **CERTIFICATION**

I hereby certify that on the date below, I electronically filed the **NOTICE OF SETTLEMENT OF ENTIRE ACTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record as follows:

Theodore J. Tucci, Esq.
Gregory J. Bennici, Esq.
Dana Horton, Esq.
ROBINSON & COLE LLP
1055 Washington Boulevard
Stamford, CT  06901

DATED: November 20, 2017

    /s Robert J. Rosati
Robert J. Rosati
CA Bar No.: 112006
6485 N. Palm Avenue, Suite 105
Fresno, CA 93704
Tel: (559) 478-4119
E-mail: robert@erisalg.com
*Pro Hac Vice*

Attorney for Plaintiff, SUSAN PUNSKY-PINARD