## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SUSAN PUNSKY-PINARD : | |
| : | |
| Plaintiff, : | |
| V. : | Case No. 1:17-cv-247-LM |
| : | |
| AETNA LIFE INSURANCE COMPANY : | |
| : | |
| Defendant. : | |
| : | |

### STIPULATION OF DISMISSAL

The parties to this action do hereby stipulate and agree that Plaintiff's Complaint shall be dismissed in its entirety, against all parties, with prejudice, and without costs to any party. All rights of appeal are waived.

Dated: December 18, 2017

**PLAINTIFF**  
**SUSAN PUNSKY-PINARD**

By: */s/ Robert J. Rosati*  
   Robert J. Rosati, Esq.  
   6485 North Palm Avenue, Suite 105  
   Fresno, CA 93704  
   Tel. No.: (559) 478-4119  
   E-mail: robert@erisalg.com

**DEFENDANT,**  
**AETNA LIFE INSURANCE COMPANY**

By: */s/ Dana M. Horton*  
   Dana M. Horton (266851)  
   ROBINSON & COLE LLP  
   One Financial Plaza, Suite 1430  
   Providence, RI 02903-2485  
   Tel. No.: (401) 709-3300  
   E-mail: dhorton@rc.com

17405000-v1

## **CERTIFICATION**

I hereby certify that on December 18, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Dana M. Horton*
Dana M. Horton